Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−19844−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Sia
   211 Schock Ave.
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−3290

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 23, 2024.

Dated: January 23, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-19844-CMG
David Sia  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jan 23, 2024      Form ID: plncf13      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Sia, 211 Schock Ave., Neptune, NJ 07753-5423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520134182 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2024 20:53:09 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520074064 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2024 21:03:36 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 520074065 | + | Email/PDF: bncnotices@becket-lee.com | Jan 23 2024 20:52:41 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 520127055 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2024 20:52:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520074067 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 23 2024 20:37:00 | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 520074066 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 23 2024 20:37:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 520134301 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 23 2024 20:37:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520074070 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2024 20:53:12 | Citi Cards, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 520074071 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2024 21:03:40 | Citi Cards/COSTCO, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520074072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2024 21:03:27 | Citicards CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 520074074 | | Email/Text: mrdiscen@discover.com | Jan 23 2024 20:38:00 | Discover, PO Box 15316, Attn: CMS/PROD DEVELOP, Wilmington, DE 19850-5316 |
| 520074073 | | Email/Text: mrdiscen@discover.com | Jan 23 2024 20:38:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 520106741 | + | Email/Text: mrdiscen@discover.com | Jan 23 2024 20:38:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520074075 | | Email/Text: cashiering-administrationservices@flagstar.com | | |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 23 2024 20:39:00 | Flagstar Bank, Attn: Mortgage Servicing, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520128708 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 23 2024 20:39:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520074068 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2024 21:03:38 | Chase Freedom, PO Box 15299, Wilmington, DE 19850-5299 |
| 520074069 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2024 21:03:38 | Chase Mileage Plus, PO Box 15299, Wilmington, DE 19850-5299 |
| 520074076 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2024 20:53:01 | JPMCB Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3935 |
| 520096952 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 23 2024 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520125803 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2024 20:52:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520074077 | ^ | MEBN | Jan 23 2024 20:35:10 | PenFed Credit Union, PO Box 247080, Omaha, NE 68124-7080 |
| 520074078 | + | Email/Text: bkrgeneric@penfed.org | Jan 23 2024 20:38:00 | Pentagon Bankcard, PO Box 1432, Bankcard, Alexandria, VA 22313-1432 |
| 520074079 | | Email/Text: bankruptcy@td.com | Jan 23 2024 20:39:00 | TD Bank, PO Box 8400, Lewiston, ME 04243-8400 |
| 520134203 | | Email/Text: bankruptcy@td.com | Jan 23 2024 20:39:00 | TD Bank, NA, 70 Gray Road, Falmouth. ME 04105 |
| 520074080 | + | Email/Text: jaxbanko@td.com | Jan 23 2024 20:37:00 | TD Bank/Visa, 200 Carolina Point Parkway, Greenville, SC 29607-5766 |
| 520074081 | ^ | MEBN | Jan 23 2024 20:37:13 | Toyota FInancial Services, PO Box 22171, Tempe, AZ 85285-2171 |
| 520124348 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 23 2024 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520103945 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ryan A. Gower | on behalf of Creditor TD Bank  N.A. rgower@duanemorris.com, jalowe@duanemorris.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Debtor David Sia vf@legalmattersnj.com |

TOTAL: 5