| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-19844 / CMG**

David Sia

Petition Filed Date: 11/06/2023
341 Hearing Date: 12/14/2023
Confirmation Date: 01/17/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/11/2023 | $140.00 | | 01/09/2024 | $140.00 | | | | |

**Total Receipts for the Period: $280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David Sia | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Vera Fedoroff, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,128.00 | $0.00 | $2,128.00 |
| 1 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $27,679.76 | $0.00 | $27,679.76 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,793.23 | $0.00 | $4,793.23 |
| 3 | DISCOVER BANK | Unsecured Creditors | $4,693.97 | $0.00 | $4,693.97 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 2015 TOYOTA 4RUNNER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $17,381.23 | $0.00 | $17,381.23 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $13,576.61 | $0.00 | $13,576.61 |
| 7 | Pentagon Bankcard | Unsecured Creditors | $1,840.51 | $0.00 | $1,840.51 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $29,007.68 | $0.00 | $29,007.68 |
| 9 | PINGORA LOAN SERVICING, LLC<br>»» P/211 SCHOCK AVE/1ST MTG | Mortgage Arrears | $226.07 | $0.00 | $226.07 |

**Chapter 13 Case No. 23-19844 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $280.00 | Plan Balance: | $6,800.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $140.00 |
| Paid to Trustee: | $23.24 | Arrearages: | $0.00 |
| Funds on Hand: | $256.76 | Total Plan Base: | $7,080.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.