B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## MAIN DISTRICT OF NEW JERSEY

In re DAVID SIA                                              Case No. 23-19844

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Quantum3 Group LLC as agent for Sadino Funding LLC | PENTAGON BANKCARD |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: <br> Quantum3 Group LLC as agent for <br> Sadino Funding LLC <br> PO Box 788 <br> Kirkland, WA 98083-0788 <br> Phone: (425) 242-7100 | Court Claim # (if known): 7 <br> Amount of Claim: 1,840.51 <br> Date Claim Filed: 01/02/2024 <br><br><br><br> Phone: |
| Last Four Digits of Acct #: 0558 | Last Four Digits of Acct #: 0558 |
| Name and Address where transferee payments should be sent (if different from above): <br> Quantum3 Group LLC <br> PO Box 2489 <br> Kirkland, WA 98083-2489 <br><br> Phone: (425) 242-7100 <br> Last Four Digits of Acct #: 0558 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Fredy Tlatenchi                                              Date: 04/23/2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.