Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-19844 / CMG**

David Sia

Petition Filed Date: 11/06/2023
341 Hearing Date: 12/14/2023
Confirmation Date: 01/17/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $140.00 | | 02/08/2024 | $200.00 | | 03/08/2024 | $200.00 | |
| 04/08/2024 | $200.00 | | 05/08/2024 | $200.00 | | 06/10/2024 | $200.00 | |
| 07/09/2024 | $200.00 | | 08/09/2024 | $200.00 | | 09/10/2024 | $200.00 | |
| 10/08/2024 | $200.00 | | 11/08/2024 | $200.00 | | 12/09/2024 | $200.00 | |

**Total Receipts for the Period: $2,340.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,680.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David Sia | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Vera Fedoroff, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,128.00 | $2,128.00 | $0.00 |
| 1 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $27,679.76 | $0.00 | $27,679.76 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,793.23 | $0.00 | $4,793.23 |
| 3 | DISCOVER BANK | Unsecured Creditors | $4,693.97 | $0.00 | $4,693.97 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 2015 TOYOTA 4RUNNER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» CITIBANKK/COSTCO | Unsecured Creditors | $17,381.23 | $0.00 | $17,381.23 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $13,576.61 | $0.00 | $13,576.61 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PENTAGON | Unsecured Creditors | $1,840.51 | $0.00 | $1,840.51 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $29,007.68 | $0.00 | $29,007.68 |
| 9 | PINGORA LOAN SERVICING, LLC<br>»» P/211 SCHOCK AVE/1ST MTG | Mortgage Arrears | $226.07 | $0.00 | $226.07 |
| 10 | AMEX TRS CO., INC. | Unsecured Creditors | $1,999.01 | $0.00 | $1,999.01 |
| 11 | TD BANK, N.A.<br>»» P/211 SHERLOCK AVE/2ND MTG | Mortgage Arrears | $90.00 | $0.00 | $90.00 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $2,976.06 | $0.00 | $2,976.06 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $7,047.75 | $0.00 | $7,047.75 |

**Chapter 13 Case No. 23-19844 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,680.00 | Plan Balance: | $4,400.00 ** |
| Paid to Claims: | $2,128.00 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $178.44 | Arrearages: | $0.00 |
| Funds on Hand: | $373.56 | Total Plan Base: | $7,080.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**