Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-19844 / CMG**

David Sia

Petition Filed Date: 11/06/2023
341 Hearing Date: 12/14/2023
Confirmation Date: 01/17/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $200.00 | | 02/10/2025 | $200.00 | | 03/10/2025 | $200.00 | |
| 04/08/2025 | $200.00 | | 05/08/2025 | $200.00 | | 06/09/2025 | $200.00 | |
| 07/09/2025 | $200.00 | | 08/08/2025 | $200.00 | | 09/10/2025 | $200.00 | |
| 10/08/2025 | $200.00 | | 11/10/2025 | $200.00 | | 12/08/2025 | $200.00 | |
| 01/09/2026 | $200.00 | | 02/09/2026 | $200.00 | | | | |

**Total Receipts for the Period: $2,800.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $5,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David Sia | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Vera Fedoroff, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,128.00 | $2,128.00 | $0.00 |
| 1 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $27,679.76 | $517.98 | $27,161.78 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,793.23 | $81.70 | $4,711.53 |
| 3 | DISCOVER BANK | Unsecured Creditors | $4,693.97 | $80.01 | $4,613.96 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 2015 TOYOTA 4RUNNER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» CITIBANKK/COSTCO | Unsecured Creditors | $17,381.23 | $325.26 | $17,055.97 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $13,576.61 | $254.07 | $13,322.54 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PENTAGON | Unsecured Creditors | $1,840.51 | $31.37 | $1,809.14 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $29,007.68 | $542.82 | $28,464.86 |
| 9 | PINGORA LOAN SERVICING, LLC<br>»» P/211 SCHOCK AVE/1ST MTG | Mortgage Arrears | $226.07 | $226.07 | $0.00 |
| 10 | AMEX TRS CO., INC. | Unsecured Creditors | $1,999.01 | $34.07 | $1,964.94 |
| 11 | TD BANK, N.A.<br>»» P/211 SHERLOCK AVE/2ND MTG | Mortgage Arrears | $90.00 | $90.00 | $0.00 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $2,976.06 | $55.69 | $2,920.37 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $7,047.75 | $131.89 | $6,915.86 |

**Chapter 13 Case No. 23-19844 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,280.00 | Plan Balance: | $1,800.00 ** |
| Paid to Claims: | $4,498.93 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $388.44 | Arrearages: | $0.00 |
| Funds on Hand: | $392.63 | Total Plan Base: | $7,080.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**