**Order Filed on October 7, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DUANE MORRIS, LLP
By: Brett L. Messinger
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1508
Attorneys for Creditor: TD Bank, N.A.

In Re:

David Sia

Case No.: 23-19844-CMG
Chapter 13

Hearing Date: October 7, 2026
Time: 9:00 AM

Judge: Christine M. Gravelle

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 7, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of TD Bank, N.A., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property more fully described as:

211 Shock Avenue, Neptune, New Jersey 07753

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.