Order Filed on October 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DUANE MORRIS, LLP
By: Brett L. Messinger
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1508
Attorneys for Creditor: TD Bank, N.A.

In Re:

David Sia

Case No.: 23-19844-CMG
Chapter 13

Hearing Date: October 7, 2026
Time: 9:00 AM

Judge: Christine M. Gravelle

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 7, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of TD Bank, N.A., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property more fully described as:

211 Shock Avenue, Neptune, New Jersey 07753

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-19844-CMG
David Sia Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Oct 07, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Sia, 211 Schock Ave., Neptune, NJ 07753-5423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brett L. Messinger | on behalf of Creditor TD Bank N.A. BLmessinger@duanemorris.com, cmariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,mmvigna@duanemorris.com,MEHutchinson@duanemorris.com |
| Matthew K. Fissel | on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com |
| Ryan A. Gower | on behalf of Creditor TD Bank N.A. rgower@duanemorris.com, jalowe@duanemorris.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

Vera Fedoroff
on behalf of Debtor David Sia vf@legalmattersnj.com

TOTAL: 6